EXHIBIT B

# U.S. Patent No. 9,185,373 B2

## Infringement of U.S. Patent 9,185,373 B2 by Sharp/NEC

Sharp/NEC XP-X141Q-B-W Laser Projector



US009185373B2

(12) **United States Patent**
**Baker et al.**

(10) **Patent No.:** **US 9,185,373 B2**
(45) **Date of Patent:** **Nov. 10, 2015**

(54) **LASER PROJECTION SYSTEM**

(71) Applicants: **David James Baker**, West Newbury, MA (US); **Richard A Baker, Jr.**, West Newbury, MA (US)

(72) Inventors: **David James Baker**, West Newbury, MA (US); **Richard A Baker, Jr.**, West Newbury, MA (US)

(73) Assignee: **David J. Baker**, West Newbury, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/562,172**

(22) Filed: **Dec. 5, 2014**

(65) **Prior Publication Data**

US 2015/0085198 A1 Mar. 26, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 11/625,351, filed on Jan. 22, 2007, now Pat. No. 7,535,436, which is a continuation-in-part of application No. 11/465,806, filed on Aug. 19, 2006, now Pat. No. 9,001,028.

(51) **Int. Cl.**
***G09G 3/00*** (2006.01)
***H04N 9/31*** (2006.01)
***H04N 5/74*** (2006.01)

(52) **U.S. Cl.**
CPC ........... ***H04N 9/3173*** (2013.01); ***H04N 5/7416*** (2013.01); ***H04N 9/3129*** (2013.01); ***H04N 9/3179*** (2013.01)

(58) **Field of Classification Search**
CPC .... G03B 21/2033; G03B 21/00; B41B 21/16; G02B 26/10; G02B 27/106; H04N 9/3129; H04N 9/3197; H04N 9/3114; H04N 9/3138; H04N 9/3173; H04N 9/3179; H04N 5/7416
USPC ........... 345/32, 204, 156, 157; 359/384, 448, 359/443; 353/100, 101; 348/744
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,668,984 | A | 6/1972 | Rosin | |
| 4,621,892 | A | 11/1986 | Kataoka | |
| 4,747,646 | A | 5/1988 | Andrews | |
| 5,398,082 | A | 3/1995 | Henderson | |
| 6,356,700 | B1 * | 3/2002 | Strobl | 385/147 |
| 6,729,734 | B2 | 5/2004 | Childers | |
| 6,945,652 | B2 | 9/2005 | Sakata | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2004-334083 | 11/2004 |
| JP | 2006-189573 | 7/2006 |

OTHER PUBLICATIONS

Mitsubishi Pocket Projector, Information Sheet.

(Continued)

*Primary Examiner* — Stephen Sherman
(74) *Attorney, Agent, or Firm* — Richard A. Baker, Jr.

(57) **ABSTRACT**

A device for projecting images from a video generating device such as a computer, television receiver, or similar device onto a screen or other surface is described in this invention. The device uses a rotating disk containing numerous lenses to direct a light beam from a laser or other light source towards the screen. In one embodiment, a pulsed laser light from red, green, and blue lasers are combined into a single light pulse that is transmitted through the rotating disk that transmit each light pulse to a specific location on the screen.

**19 Claims, 7 Drawing Sheets**



# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.







**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.






**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.




**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.

**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025. Note that the red and blue lasers must be synchronized with the color wheel.



# U.S. Patent No. 9,185,373 B2 – Claim 9

9. The method of claim 8 wherein the beam of light directed across the surface forms a visible image on the surface.

**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.



# U.S. Patent No. 9,185,373 B2 – Claim 10

10. The method of claim 9 wherein the visible image is generated by a computing device.

**AutoSense™** automatically syncs with any computer signal and features one-touch image optimization

## Built-In HDBaseT Support

Simplify your installations with HDBaseT. Optimized for video applications and supporting uncompressed full HD digital video, audio, ethernet, power and various control signals. With only a single cable (up to 100m) to run, infrastructure and labor costs are reduced, installations are significantly easier, and there is no cable clutter to manage. With uncompressed HD video support, images have never been more stunning. What's more, control signals are contained in the same cable.



**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,135,373 B2 – Claim 11

11. The method of claim 9 wherein the visible image is generated by a television receiver.

## Built-In HDBaseT Support

Simplify your installations with HDBaseT. Optimized for video applications and supporting uncompressed full HD digital video, audio, ethernet, power and various control signals. With only a single cable (up to 100m) to run, infrastructure and labor costs are reduced, installations are significantly easier, and there is no cable clutter to manage. With uncompressed HD video support, images have never been more stunning. What's more, control signals are contained in the same cable.



**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.

# U.S. Patent No. 9,185,373 B2 – Claim 13

13. The method of claim 8 wherein the one or more semiconductor lasers produces blue light.




**Source:** Sharp/NEC, Sharp X Series Professional Installation Projectors,2024 downloaded from https://assets.sharpnecdisplays.us/documents/colorbrochures/xp-x141q-xp-x171q-brochure-ada.pdf, last visited on August 15, 2025.